UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STEVEN WILLIS, | ) |  |
|---|---|---|
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) | No. 4:17-CV-2291 ERW |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. In the current motion to vacate, movant seeks relief from his post-conviction *Johnson* and *Mathis* proceedings[1]. *See Willis v. United States*, 4:15-CV-1275 ERW (E.D. Mo.). In his *Johnson* § 2255 motion, movant argues that he is entitled to relief from his classification as an Armed Career Criminal under 18 U.S.C. § 924e ("ACCA").

However, movant's *Johnson* post-conviction proceedings are currently stayed in this Court pending the decision by the Eighth Circuit Court of Appeals in *United States v. Naylor*, No. 16-2047 (8th Cir.). Because the action is stayed, movant's current § 2255 motion has been prematurely filed. As a result, the Court will dismiss this action without prejudice to refiling after the Court rules on movant's *Johnson* post-conviction motion and his time for filing an appeal from that judgment passes.

Accordingly,

---

[1] *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Mathis v. United States*, 136 S.Ct. 2243 (2016).

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED AND DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

Dated this 24th day of August, 2017.

*E. Richard Webber*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE